**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| FRANCIS BLOUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. A. NO. 25-0335-JB-MU |
| | ) | |
| OFFICER JONES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 17th day of April, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE